HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLE A. MILES,           ) | Case No: 5:11-cv-04013-LHK |
|                            ) | |
|     Plaintiff,    ) | |
|                            ) | |
| v.                         ) | STIPULATION AND ORDER |
|                            ) | |
| MICHAEL J. ASTRUE,         ) | |
| Commissioner,              ) | |
| Social Security Administration, ) | |
|                            ) | |
|     Defendant.    ) | |
|                            ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (60) days up through and including Monday, November 19, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: September 13, 2012 | /s/<br>SUNDEEP R. PATEL<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: September 13, 2012 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CAROLE A. MILES |

IT IS SO ORDERED.

Dated: September 13, 2012

HON. LUCY H. KOH
United States District Judge

STIPULATION AND ORDER                2