UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CAROL A. MILES, | ) | Case No.: 5:11-CV-04013-LHK |
| Plaintiff, | ) ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration | ) ) ) ) | |
| Defendant. | ) ) | |

In ECF No. 19, the Court denied Plaintiff Miles' motion for summary judgment and Miles' alternative motion to remand, and granted Defendant Commissioner's cross-motion for summary judgment. Accordingly, the Clerk of the Court shall enter judgment in favor of Defendant Commissioner. The Clerk shall close the file.

Dated: September 24, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-CV-04013-LHK
JUDGMENT